FILED BY____Tpl____D.C.

Jan 8, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-60155-LEIBOWITZ

UNITED STATES OF AMERICA

v.

CARLOS ABREU,

    Defendant.

_____/

## FACTUAL PROFFER

The United States of America and Defendant CARLOS ABREU (the "Defendant") agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

The Defendant's true name is Carlos Abreu. His birth year is 1979. He is a citizen of the Dominican Republic. The Defendant has never had legal immigration status in the United States of America.

On October 2, 2021, in Broward County, Florida, in the Southern District of Florida, the Defendant executed three separate applications (Form DS-11) for a United States Passport at a post office located in Broward County, Florida. First, the Defendant was present in person and signed an application for himself using the name of a real person with the initials, "C.R.V." Second, he used the identity of C.R.V. to sign an application for his minor daughter C.H.R. and an application for his minor daughter M.H.R. On all three applications the Defendant provided the personal identifying information of C.R.V., a United States Citizen. The Defendant provided C.R.V's date of birth, place of birth, and social security number. The Defendant presented a Florida Driver License with C.R.V.'s personal identifying information and the Defendant's likeness.

At all relevant times, the Defendant knew that the personal identifying information did not belong to him. Those statements on the applications were false. The Defendant knew those statements were false. The Defendant made the false statements to obtain a United States passport for himself and his two minor children.

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree it is sufficient to prove Count 1, 2 and 3 beyond a reasonable doubt.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 1-8-25   By: _____
BRIANNA COAKLEY
ASSISTANT UNITED STATES ATTORNEY

Date: 1-8-25   By: _____
WESLEY WALLACE
ATTORNEY FOR DEFENDANT

Date: 1-8-25   By: _____
CARLOS ABREU
DEFENDANT